# United States Bankruptcy Court
## District of New Hampshire

In re  **TMT Real Estate Development, LLC**　　　　　　　　　　Case No.  **10-14206**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **11**

### EMERGENCY MOTION TO STRIKE VOLUNTARY PETITION (PAGE 1)

COMES NOW Debtor and for its motion to strike the voluntary petition, states:

1. The first page of the petition contains an error regarding the EIN of the Debtor. The number listed is the Debtor's Owner's social security number in full.

2. As it constitutes at least two violations of CM/ECF rules, Debtor seeks to strike at least page 1 of the filed Voluntary Petition in order to comply with the rules and to remove sensitive personal information from the public view.

3. Debtor has filed an amended Petition dated 10-1-10 with an accurate first page separately, which will remedy the situation.

WHEREFORE, Debtor prays for an order striking the original Voluntary Petition and allowing the substitution of the Amended Voluntary Petition dated 10-1-10, and such other remedies as the Court deems just and proper.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

Date  **October 1, 2010**　　　　　　Signature  **/s/ Frederick T. Nixon, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Frederick T. Nixon, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Sole Member**

Attorney  **/s/ Robert L. O'Brien**
　　　　　　**Robert L. O'Brien 15358**